# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

| | |
|---|---|
| **Alberto Jose Simanca Gonzalez,** <br><br> Petitioner, <br><br> v. <br><br> **CARL ALDRIDGE, Superintendent, Western Regional Jail; MICHAEL T. ROSE, Acting Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA JO BONDI, United States Attorney General,** *in their official capacities*, <br><br> Respondents. | Civil Action No.: 3:26-cv-00055 <br><br> **ORDER TO SHOW CAUSE** |

## ORDER TO SHOW CAUSE AND TEMPORARILY ENJOINING TRANSFER OF PETITIONER PENDING DISPOSITION OF PETITION

Upon consideration of Petitioner's Verified Petition for a Writ of Habeas Corpus (Dkt. No. 1), IT IS HEREBY ORDERED that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by Thursday, January 29.

2. Petitioner shall have an opportunity to file a reply by Monday, February 2, at 12:00 P.M.

3. This matter shall be heard by this Court on Tuesday, February 3, at 12:00 p.m. or such other hour set by the Court.

4. Respondents shall not remove or facilitate the removal of Petitioner from the Southern District of West Virginia pending further order of the Court.

5.  Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by 5:00 P.M. on Monday, January 26, and shall constitute good and sufficient service on the federal defendants.

6.  Service of this Order shall be made by Petitioner on Carl Aldridge, Superintendent, Western Regional Jail, or an agent of Superintendent Alridge at the Western Regional Jail, by 5:00 P.M. on Monday, January 26, and shall constitute good and sufficient service on Superintendent Aldridge.

ENTER : January 26, 2026

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Dated: January 22, 2026

**Prepared and submitted by,**
**COUNSEL FOR PETITIONER**

/s/ *Lesley M. Nash*
Lesley M. Nash (WVSB #14158)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304) 326-0188
lesley@msjlaw.org

Jonathan Sidney
*Pro Hac Vice* Pending
Colorado Bar No. 52463
Ohio Bar No. 0100561
P. O. Box 97
Forest Hill, WV
Phone: (681) 335-0074
jsidney@climatedefenseproject.org

Sarah K. Brown (WVSB #10845)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
Phone: (304) 344-3144
sarah@msjlaw.org