## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

ALBERTO JOSE SIMANCA
GONZALEZ,

PETITIONER,

v.                                                    CIVIL ACTION NO. 3:26-0055

CARL ALDRIDGE,
Superintendent, Western Regional Jail;
MICHAEL T. ROSE,
Acting Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

RESPONDENTS.

### ORDER

Pending before the Court is Petitioner Alberto Jose Simanca Gonzalez's Verified Petition for Writ of Habeas Corpus. ECF No. 1. The Court has considered the briefings and heard argument on February 3, 2026. The Court finds Petitioner is entitled to relief. The Court **GRANTS** the Petitioner's Verified Petition for Writ of Habeas Corpus. ECF No. 1.

The Court **ORDERS** Respondents to release Petitioner from custody immediately. Respondents are **PROHIBITED** from re-detaining Petitioner absent a determination by a neutral and detached decisionmaker or change in circumstances justifying such detention.

The Court intends to enter a Memorandum Opinion and Order tomorrow containing the

reasoning for this conclusion.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        February 4, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE