IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ALBERTO JOSE SIMANCA
GONZALEZ,

PETITIONER,

v.                                          CIVIL ACTION NO. 3:26-0055

CARL ALDRIDGE,
Superintendent, Western Regional Jail;
MICHAEL T. ROSE,
Acting Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELA JO BONDI,
United States Attorney General,
in their official capacities,

RESPONDENTS.

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion and Order entered in the above-styled matter, the Court **ORDERS** judgment be entered in favor of Plaintiff Alberto Jose Simanca Gonzalez and this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:   February 5, 2026

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE